UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

R. ALEXANDER ACOSTA,              )
Secretary of Labor,               )
United States Department of Labor,)   CASE NO.: 4:18-cv-00016-D
                                  )
            Plaintiff,            )
                                  )
    v.                            )
                                  )
JARDON & HOWARD TECHNOLOGIES, INC.,)
And ANN SKRADSKI,                 )
                                  )
                                  )
            Defendants.           )

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came to be heard on the Plaintiff and Defendants' Joint Motion to Dismiss with Prejudice. Based on the foregoing, it is ordered, adjudged and decreed that this action shall be and hereby is dismissed with prejudice, with each party to bear her, his or its own costs, attorney's fees and expenses, including any that may be available under the Equal Access to Justice Act, as amended.

SO ORDERED. This 19 day of March 2019.

_____
JAMES C. DEVER III
United States District Judge